UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 8:13-cv-01497-SVW-JPR | Date | February 24, 2014 |
|---|---|---|---|
| Title | Carla Maria Crehin v. ARS National Services Inc | | |

JS - 6

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| N/A | N/A | |

**Proceedings:** IN CHAMBERS ORDER DISMISSING CASE

On January 9, 2014, the Court issued an order granting plaintiff leave to file an amended complaint, within 21 days of the order. Failure to file an amended complaint would result in the dismissal of the action with prejudice.

To date, no amended complaint has been filed. The matter is dismissed with prejudice.

: 

Initials of Preparer     PMC